AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
8/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA  DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
08/04/2021
CENTRAL DISTRICT OF CALIFORNIA
BY:  DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Bryanna Renne NIEVES,<br><br>Defendant. | Case No. 8:21-mj-00534-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 4, 2021 in the county of Orange in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751 | Escape from Custody |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
*Complainant's signature*

Adrian Bravo, United States Marshal Service (USMS)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 4, 2021

*Judge's signature*

City and state: Santa Ana, California    Hon John D. Early, U.S. Magistrate Judge
*Printed name and title*

AUSA Andrew Beshai.
(x3541)

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adrian Bravo, being duly sworn, hereby declare and say:

INTRODUCTION

1. I am a Deputy United States Marshal and have been so employed for approximately 11 years. I am presently assigned to the United States Marshal Service ("USMS") Santa Ana, California office. As part of my responsibilities, I locate and apprehend fugitives from justice including those who have escaped from the Bureau of Prisons ("BOP") custody.

2. This affidavit is made in support of a federal criminal complaint and arrest warrant for Bryanna Renne NIEVES ("NIEVES") for a violation of 18 U.S.C. § 751 (Escape). NIEVES is a white female with a height of 5'03", weight of 162lbs, black hair, and brown eyes who was born in 1997. The facts in this affidavit are based upon my personal observations, reports and information provided to me by other law enforcement agents and government agencies, and additional documents obtained during the course of the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

PROBABLE CAUSE

3. On August 4, 2021, the USMS received information from the Garden Grove Residential Re-entry Center, a Federal Bureau of Prisons contract facility, that NIEVES had escaped from the Garden Grove Residential Re-entry Center, 11112 Barclay, Garden Grove, CA 92841 ("the RRC"). The RRC and court records I reviewed indicate that on December 10, 2020, NIEVES was sentenced to a term of 24 months' imprisonment and 36 months of

supervised release by the Honorable Dana M. Sabraw, United States District Court Judge, Southern District of California, after pleading guilty to Importation of Methamphetamine, in violation of 21 U.S.C. §§ 952, 960.

4. On July 6, 2021, NIEVES was transferred from Dublin United States Penitentiary ("USP"), to the RRC to serve the final portion of her sentence.

5. On August 4, 2021 at 2:15 a.m., inmate NIEVES could not be located on the RCC facility grounds. Upon reviewing the recorded video footage, RRC staff observed inmate NIEVES walking out of the front gate of the facility at approximately 9:10 p.m. on August 3, 2021. The Residential Re-entry Manager was contacted, and inmate NIEVES was placed on immediate escape status. To date, NIEVES has not returned to the RCC or otherwise surrendered to the USMS or Bureau of Prisons. The RRC and USMS has checked the surrounding hospitals to see if NIEVES had checked in as a patient, but no record of NIEVES was found. At the time of her escape, NIEVES had a projected release date of March 29, 2022.

6. Based on the foregoing, I believe that there is probable cause that NIEVES violated 18 U.S.C. § 751 (Escape).

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/
_____
ADRIAN BRAVO
Deputy Untied States Marshal

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on this _4th_ day of August, 2021.

_____
THE HONORABLE JOHN D. EARLY
United States Magistrate Judge
Central District of California